*E-Filed 12/29/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILLIP T. EVANS, | No. C 11-4432 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL;** |
| v. | **VACATING ORDER OF SERVICE** |
| MATTHEW CATE, et al., | |
| Defendants. | |

This is a federal civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. Pursuant to petitioner's motion of voluntary dismissal (Docket No. 6), this action is dismissed. *See* Fed. R. Civ. P. 41(a)(1) ("[A]n action may be dismissed by the plaintiff without order of the court . . . by filing a notice of dismissal."); *Hamilton v. Shearson-Lehman American Exp. Inc.*, 813 F.2d 1532, 1534–1536 (9th Cir. 1987) (Rule 41(a)(1)(I) does not require leave of court to dismiss the action). The dismissal is without prejudice. *See* Fed. R. Civ. P. 41(a)(1). The order of service (Docket No. 5) is VACATED. The Clerk shall terminate Docket No. 6, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: December 29, 2011

RICHARD SEEBORG
United States District Judge

No. C 11-04432 RS (PR)
ORDER OF DISMISSAL